Filed 2/27/14  P. v. Horton CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>KATHRYN DARLENE HORTON,<br><br>    Defendant and Appellant. | C073348<br><br>(Super. Ct. No. 13F01076) |

This case comes to us pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). Having reviewed the record as required by Wende, we affirm the judgment.

We provide the following brief description of the facts and procedural history of the case.  (*People v. Kelly* (2006) 40 Cal.4th 106, 110, 124.)

**PROCEDURAL AND FACTUAL BACKGROUND**

After defendant Kathryn Darlene Horton was found possessing .4 grams of methamphetamine, she pleaded no contest to possession of methamphetamine.  (Health &

1

Saf. Code, § 11377, subd. (a).)  The trial court placed her on five years of formal probation, subject to various conditions including serving 365 days in county jail with 48 days of presentence credit (24 actual and 24 conduct).

Defendant appeals.  She did not obtain a certificate of probable cause.

## *WENDE* REVIEW

We appointed counsel to represent defendant on appeal.  Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal.  (*Wende*, *supra*, 25 Cal.3d 436.)  Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief.  More than 30 days elapsed, and we received no communication from defendant.  Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.

                                                              MURRAY              , Acting P. J.

We concur:

        DUARTE            , J.

        HOCH              , J.

2